1  RYAN L. EDDINGS, Bar No. 256519
   LITTLER MENDELSON, P.C.
2  5200 North Palm Avenue, Suite 302
   Fresno, CA  93704.2225
3  Telephone:  (559) 244-7500
   Facsimile:  (559) 244-7525
4  reddings@littler.com

5  Attorney for Defendant
   SSP AMERICA OAK, LLC

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12  BRIAN WHITAKER,                         Case No. 4:22-cv-01771-KAW

13                  Plaintiff,              **DEFENDANT'S CERTIFICATION OF
                                            INTERESTED ENTITIES OR PERSONS**
14      v.

15  SSP AMERICA OAK, LLC, a Delaware
    Limited Liability Company,
16
                    Defendant.
17

18

19        Defendant SSP AMERICA OAK, LLC ("Defendant"), by and through its counsel of

20  record, submits the following Certificate of Interested Entities or Persons pursuant to Civil L.R. 3-15

21  and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

22        1.      BRIAN WHITAKER ("Plaintiff").

23        2.      Defendant is a Delaware Limited Liability Company with its principal place of

24  business in Ashburn, Virginia.  SSP America, Inc. is a 65% stakeholder in Defendant.  SSP America,

25  Inc. is owned 100% by SSP America (USA), LLC, which is a Delaware LLC.  SSP America (USA),

26  LLC is owned 100% by SSP Financing Ltd., a United Kingdom company.  SSP Financing Ltd is

27  owned 100% by SSP Group Holdings Ltd., a United Kingdom company.  SSP Group Holdings Ltd.

28

LITTLER MENDELSON, P.C.
   5200 North Palm Avenue
        Suite 302
   Fresno, CA  93704.2225
       559.244.7500

Case No. 4:22-cv-01771-KAW                              Defendant's Certification of Interested Entities or
                                                                              Persons

1  is owned 100% by SSP Group plc, a United Kingdom company publicly traded on the London stock

2  exchange under ticker symbol "SSPG."

3  Dated:  May 4, 2022                                    LITTLER MENDELSON, P.C.

4

5                                                         By:  _____

6                                                              RYAN L. EDDINGS
                                                              Attorney for Defendant
7                                                              SSP AMERICA OAK, LLC

8

9  4885-1605-3531.1 / 052440-1173

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

Case No. 4:22-cv-01771-KAW                    2.        Defendant's Certification of Interested Entities or Persons