CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | ) | Case No.: 4:22-cv-01771-KAW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| SSP AMERICA OAK, LLC, a Delaware Limited Liability Company; | ) | |
| Defendants. | ) | |

  The plaintiff hereby notifies the court that a conditional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

  The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

             CENTER FOR DISABILITY ACCESS

Dated: June 17, 2022    By: /s/ Amanda Seabock
               Amanda Seabock
               Attorney for Plaintiff