UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>     v.<br><br>SSP AMERICA OAK, LLC,<br><br>            Defendant. | Case No. 4:22-cv-01771-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER DENYING REQUEST TO VACATE ALL REMAINING DEADLINES**<br><br>Re: Dkt. No. 19 |

On June 17, 2022, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Notwithstanding, the undersigned DENIES Plaintiff's request to vacate all remaining deadlines. Instead, all remaining General Order 56 deadlines are continued 60 days. If Plaintiff does not file a dismissal, and no extension of the deadline is obtained, Plaintiff shall file a status report within 60 days of this order.

IT IS SO ORDERED.

Dated: June 21, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge