CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

LITTLER MENDELSON P.C.
RYAN L. EDDINGS (SBN 256519)
reddings@littler.com
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: (559)244-7500
Attorney for Defendants
SSP AMERICA OAK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>SSP AMERICA OAK, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case: 4:22-cv-01771-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                                         Case: 4:22-cv-01771-KAW

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 12, 2022    CENTER FOR DISABILITY ACCESS

By:  /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 12, 2022    LITTLER MENDELSON P.C.

By:   /s/ Ryan L. Eddings
    Ryan L. Eddings
    Attorneys for Defendants
    SSP AMERICA OAK, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ryan L. Eddings, counsel for SSP AMERICA OAK, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 12, 2022   CENTER FOR DISABILITY ACCESS

                                          By:  /s/ Amanda Seabock
                                              Amanda Seabock
                                              Attorneys for Plaintiff